UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No. <u>18-cr-112-JMH-1</u>   At <u>Lexington</u>   Date <u>February 25, 2019</u>

<u>USA vs. Eugene Barber & Sons, Inc.</u>  <u>X</u> present  ___ custody  ___ bond  ___ OR  Age ___

DOCKET ENTRY: This matter was called for sentencing with parties appearing as noted. Austin Paul, appeared as the corporate representative, with counsel. There were no unresolved objections to the Presentence Report. Accordingly, the Court adopts the Presentence Report and orders that it be filed UNDER SEAL. The defendant objected to the amount of the fine imposed.

PRESENT: HON. JOSEPH M. HOOD, SENIOR U.S. DISTRICT JUDGE

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

| <u>Genia Denisio</u> | <u>Peggy Weber</u> | <u>None</u> | <u>Kate K. Smith</u> |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Dft: <u>Andrew L. Sparks</u>
<u>Kerry Harvey</u>   <u>x</u> present   <u>x</u> retained   ___ appointed

PROCEEDINGS: **SENTENCING** (Non-Evidentiary)

___  Objections to the Presentence Report.

<u>X</u>  No objections to the Presentence Report.

___  The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

<u>X</u>  Court's Advice of Right to Appeal provided to defendant.

<u>X</u>  Transcript shall be deemed as written findings of Court.

<u>X</u>  Judgment shall be entered (See Judgment & Commitment.)

___  Defendant to remain on bond and on conditions of release.

___  Defendant remanded to custody of the USM.

Copies: COR, USP, USM

Initials of Deputy Clerk: gld
TIC: 22 min